*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, McCONNELL, and FOIL,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Stephen R. KERLAGON**
Lance Corporal (E-3), U.S. Marine Corps
Appellant

**No. 201800358**

Decided: 20 November 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Lieutenant Colonel Michael D. Libretto, USMC. Sentence adjudged 14 August 2018 by a general court-martial convened at Marine Corps Recruit Depot Paris Island, South Carolina, consisting of a military judge sitting alone. Sentence approved by the convening authority: reduction to E-1, confinement for seven months, and a bad-conduct discharge.

For Appellant: Captain Kimberly D. Hinson, JAGC, USNR.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law

and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court